IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | Chapter 13 |
| JONATHAN BECKHAM LOWE<br>JENNIFER ANJANETTE LOWE | Case Number 11-34586-KRH |
| *Debtor*. | Last four digits of SSN: 5784 (debtor)<br>5739 (co-debtor) |

## ORDER ON MOTION TO REOPEN

On this date, the Court considered the Motion to Reopen filed by Debtors, Jonathan Beckham Lowe and Jennifer Anjanette Lowe (ECF No. 79). Based upon the Motion and the presentation of counsel, the Court hereby finds as follows:

A. Notice of the Motion to Reopen was sufficient under the circumstances and no other or further notice is required as to the Motion to Reopen.

B. The Court finds that granting the Motion to Reopen is warranted.

Based on the foregoing and for other good cause shown, the Court hereby Orders as follows:

1. The Motion to Reopen is GRANTED.

2. This case is REOPENED for further proceedings.

3. At this time, the Court is not reappointing a Chapter 13 Trustee, pending further proceedings.

4. The Clerk is directed to provide a copy of this Order to the parties listed on the attached service list.

Drew David Sarrett (VSB No. 81658)
Consumer Litigation Associates, P.C.
626 East Broad Street, Suite 300
Richmond, Virginia 23219
(804) 528-5758; (757) 930-3662 (fax)
drew@clalegal.com
*Counsel for Debtors*

|  |  |
|---|---|
| Date: <u>Jan 26 2022</u>, 2022 | /s/ Kevin R Huennekens<br>Hon. Kevin R. Huennekens<br>United States Bankruptcy Judge<br>Entered on Docket: <u>Jan 26 2022</u>, 2022 |

I ask for this:

    /s/ Drew D. Sarrett
Drew David Sarrett (VSB No. 81658)
Consumer Litigation Associates, P.C.
626 East Broad Street, Suite 300
Richmond, Virginia 23219
(804) 528-5758; (757) 930-3662 (fax)
drew@clalegal.com
*Counsel for Debtors*

## CERTIFICATION

I certify that this Order has been endorsed by and/or served upon all necessary parties.

                                                                     /s/ Drew D. Sarrett
                                                                       Drew D. Sarrett

## PARTIES TO RECEIVE COPIES

Drew David Sarrett
Consumer Litigation Associates, P.C.
626 East Broad Street, Suite 300
Richmond, Virginia 23219

Jonathan Beckham Lowe
Jennifer Anjanette Lowe
7001 Cogbill Road
Chesterfield, VA 23832

Richard O. Gates
Gates Law
P.O. Box 187
Chesterfield, VA 23832